PROB 22 (Rev. 10/13)

# TRANSFER OF JURISDICTION

| | |
|---|---|
| DOCKET NUMBER *(Transferring Court)* | CR-08-00804-001-TUC- |
| DOCKET NUMBER *(Receiving Court)* | 3:14-00146-01 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Quan Lamont Jennings | District of Arizona | 4: Tucson |

| NAME OF SENTENCING JUDGE |
|---|
| Click here to enter text. |
| Click here to enter text. |

| DATES OF PROBATION/ SUPERVISED RELEASE | FROM 7/25/2014 | TO 7/25/2019 |
|---|---|---|

**OFFENSE**

Possession with Intent to Distribute Marijuana

---

**PART 1- ORDER TRANFERRING JURISDICTION**

### UNITED STATES DISTRICT COURT
### DISTRICT OF ARIZONA

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. §3605, the jurisdiction of the probationer or supervised releasee, Quan Lamont Jennings, be transferred with the records of this Court to the United States District Court for the Middle District of Tennessee upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

_8/4/14_
Date

_Honorable Jennifer Zipps_
United States District Court Judge

*This sentence may be deleted in the discretion of the transferring Court.

---

**PART 2- ORDER ACCEPTING JURISDICTION**

**UNITED STATES DISTRICT COURT MIDDLE DISTRICT OF TENNESSEE**

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

_9/18/14_
Effective Date

_William J. Haynes Jr._
United States District Judge