# UNITED STATES DISTRICT COURT

__MIDDLE__ District of __TENNESSEE__

| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
|---|---|
| **V.** | (For **Revocation** of Probation or Supervised Release) |
| QUAN LAMONT JENNINGS | Case Number: 3:14-00146 |
| | USM Number: 14104-196 |
| | Ronald E. Munkeboe, Jr. |
| | Defendant's Attorney |

**THE DEFENDANT:**

X   admitted guilt to violation of condition(s) __four (4)__ of the term of supervision.

X   was found in violation of condition(s) __One (1), Two (2) and Three (3)__ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Defendant is sentenced to a six (6) month period at a halfway house. Defendant shall report to the halfway house on August 21, 2015. Defendant shall comply with all the rules of the halfway house. Defendant shall obtain a physical, as required by the halfway house, on August 19, 2015 | 8/21/15 |
| 2 | Defendant shall participate, as instructed by the Probation Officer, in a program of substance abuse treatment which may include testing for substance abuse. Defendant shall contribute to the cost of treatment in an amount to be determined by the Probation Officer | 8/19/15 |
| 3 | Defendant shall participate, as instructed by the Probation Officer, in a program of substance abuse treatment which may include testing for substance abuse. Defendant shall contribute to the cost of treatment in an amount to be determined by the Probation Officer | 8/19/15 |
| 4 | Defendant shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance as defined in section 102 of the Controlled Substances Act (21 U.S.C. § 801) or any paraphernalia related to such substances, without a prescription by a licensed medical practitioner. Possess of controlled substances will result in mandatory revocation of the Defendant's term of supervision | 8/20/15 |

The defendant is sentenced as provided in pages 1 and 2 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this Judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States Attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No. __0575__

Defendant's Year of Birth: __1973__

City and State of Defendant's Residence:

Nashville, Tennessee

September 22, 2015
Date of Imposition of Judgment

*Todd Campbell* (signature)
Signature of Judge

Todd J. Campbell, United States District Judge
Name and Title of Judge

September 22, 2015
Date

AO 245D     (Rev. 12/07 Judgment in a Criminal Case for Revocations
Sheet 2 – Imprisonment

DEFENDANT: QUAN LAMONT JENNINGS      Judgment — Page 2 of 2
CASE NUMBER: 3:14-00146

## IMPRISONMENT

The Defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:    eight (8) months

No period of Supervised Release is imposed.

__X__    The Court makes the following recommendations to the Bureau of Prisons:

1. Drug treatment.

__X__    The Defendant is remanded to the custody of the United States Marshal.

____    The Defendant shall surrender to the United States Marshal for this District:

     ____ at _____ p.m. on _____

     ____ as notified by the United States Marshal.

____    The Defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons.

     ____ before 2 p.m. on _____

     ____ as notified by the United States Marshal.

     ____ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this Judgment as follows:

_____

_____

_____

Defendant delivered on _____ to _____

a _____ with a certified copy of this Judgment.

                         _____
                         United States Marshal

                         By: _____
                         Deputy United States Marshal